ARTHUR NIRENBERG, Appellant, *v.* LEO RITTER, Defendant, and JOSEPH GANS, Respondent.

(Argued October 7, 1936; decided October 23, 1936.)

*Ernest P. Seelman* and *William Gold* for appellant.

*Joseph Gans,* in person, *Samuel Schacter* and *C. Arthur Jensen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.